1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

THE REPUBLIC OF MALAWI,

Plaintiff,

v.

COLUMBIA GEM HOUSE et al.,

Defendants.

CASE NO. 3:25-mc-05001-DGE

ORDER REQUESTING
SUPPLEMENTAL BRIEFING ON
PLAINTIFF'S MOTION FOR
RECONSIDERATION (DKT. NO.
43)

11

12

13

14

15

16    On May 23, 2025, the Court granted Plaintiff's application to conduct discovery of

17 Defendants pursuant to 28 U.S.C. § 1782.  (Dkt. No. 8.)  On October 20, 2025, the Court granted

18 Defendants' motion to vacate the Court's initial order.  (Dkt. No. 42.)  On November 3, 2025,

19 Plaintiff moved for reconsideration of the Court's order vacating discovery.  (Dkt. No. 43.)  The

20 Court DIRECTS Defendants to respond in no more than seven pages to Plaintiff's motion for

21 reconsideration.  Defendants SHALL file their response no later than **November 14, 2025**.  No

22 reply by Plaintiff will be allowed.  The Clerk is directed to re-note Plaintiff's motion for

23 reconsideration to November 14, 2025.

24

Dated this 3rd day of November, 2025.

David G. Estudillo
United States District Judge

ORDER REQUESTING SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION FOR RECONSIDERATION
(DKT. NO. 43) - 2